## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

| | |
|---|---|
| APRIL HOLLOWAY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:17-CV-94-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,862.50.

**This Judgment Filed and Entered on October 29, 2018, and Copies To:**

Kristin G. Oakley  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo  (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| October 29, 2018 | PETER A. MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |